# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO CLOUDFLARE INC. | ) ) ) ) ) | **CASE NO.** |

## MOTION FOR CLERK'S ISSUANCE OF SUBPOENA TO CLOUDFLARE INC. PURSUANT TO 17 U.S.C. § 512(h)

Madngine Inc. respectfully requests the Clerk of this Court, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h), to issue a subpoena for documents and information identifying the following publisher on CLOUDFLARE INC.:

Game Title: NXGAME

(URL: https://nxgame.org/)

This account was used to post a counterfeit game that is subject to the DMCA takedown notice submitted by Madngine Inc., on October 30 and November 7, 2024. A copy of the receipt of said notice from Cloudflare is attached as **Exhibit 1**. A copy of the proposed subpoena is attached as **Exhibit 2**. A copy of a sworn declaration by my colleague Erica J. Van Loon in support of issuing the subpoena is attached as **Exhibit 3**.

Dated: December 10, 2024

NIXON PEABODY, LLP
*/s/ Allison Strong*
Allison Strong

70 West Madison, Suite 520
Chicago, IL 60602
astrong@nixonpeabody.com
T/ +1 312.977.4489

4937-0161-1268.1