## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Madngine Inc.

                Plaintiff,

v.                                              Case No.: 1:24−cv−12697

                                                             Honorable LaShonda A. Hunt

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 19, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on plaintiff's motion for issuance of a DMCA Section 512(h) subpoena to Cloudfare, Inc. (doc. #[2]). For the reasons stated on the record, the motion is denied without prejudice. Plaintiff makes an oral motion for leave to file an amended motion on or before 5 p.m. on 12/27/24. That motion is granted. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.